DUNNELLE VAN SCHAICK, Respondent, *v.* OSCAR HEYMAN et al., Doing Business under the Firm Name of OSCAR HEYMAN & Co., Appellants.

Reported below, 138 App. Div. 905.
(Argued September 26, 1910; decided October 4, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 9, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for goods sold and delivered.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous and the exceptions frivolous.

*William H. Hamilton* for motion.

*Arthur B. Hyman* opposed.

Motion denied, with ten dollars costs.